Hearing Date and Time: July 24, 2014 at 10:00 a.m. (Prevailing Eastern Time)
Response Date and Time: June 27, 2014 at 6:00 p.m. (Prevailing Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 12-12321 (MG) |
| DEWEY & LEBOEUF LLP, | Chapter 11 |
| Debtor. | |

-----------------------------------------------------------------x

| | |
|---|---|
| ALAN M. JACOBS, as Liquidating Trustee of The Dewey & LeBoeuf Liquidation Trust, | Adversary No. 14-01919 |
| Plaintiff, | |
| v. | |
| DENNIS D'ALESSANDRO, | **NOTICE OF MOTION TO DISMISS LIQUIDATING TRUSTEE'S COMPLAINT** |
| Defendant. | |

-----------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Barry J. Pollack, each dated May 23, 2014, and the accompanying exhibits thereto, and upon all the prior pleadings in this action, Defendant Dennis D'Alessandro will move this Court on **July 24, 2014, at 10:00 am (Prevailing Eastern Time)**, before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 501, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, dismissing the Liquidating Trustee's Complaint with prejudice, and for such other and further relief as the Court deems just and proper.

1429505.1

Dated:  May 23, 2014
      New York, New York

                MILLER & CHEVALIER CHT'D

                By:  /s/ Barry J. Pollack

                Barry J. Pollack
                Charles F. B. McAleer, Jr.*
                Jonathan D. Kossak*
                655 Fifteenth Street, N.W., Suite 900
                Washington, D.C.  20005-5701
                Tel:     (202) 626-5800
                Fax:    (202) 626-5801
                bpollack@milchev.com
                cmcaleer@milchev.com
                jkossak@milchev.com

                * *Pro Hac Vice* Application Pending

                *Attorneys for Mr. Dennis D'Alessandro*

1429505.1

## CERTIFICATE OF SERVICE

Barry J. Pollack, a member in good standing of the Bar of the State of New York, hereby certifies under penalty of perjury that on May 23, 2014, he caused true and correct copies of the Defendant's Notice of Motion to Dismiss the Liquidating Trustee's Complaint to be served on Plaintiff's counsel by electronic mail at the following addresses:

adiamond@diamondmccarthy.com<br>
akim@diamondmccarthy.com<br>
cmurray@diamondmccarthy.com<br>
aryan@diamondmccarthy.com<br>
mfishel@diamondmccarthy.com

Dated: May 23, 2014
       New York, New York

/s/ Barry J. Pollack

Barry J. Pollack
Miller & Chevalier Cht'd
655 Fifteenth Street, N.W., Suite 900
Washington, D.C.  20005-5701
Tel:   (202) 626-5800
Fax:   (202) 626-5801
bpollack@milchev.com

*Attorney for Mr. Dennis D'Alessandro*

1429505.1