**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 12-12321 (MG) |
| DEWEY & LEBOEUF LLP, | Chapter 11 |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| ALAN M. JACOBS, as Liquidating Trustee of The Dewey & LeBoeuf Liquidation Trust, | Adversary No. 14-01919 |
| Plaintiff, | |
| v. | |
| DENNIS D'ALESSANDRO, | NOTICE OF MOTION TO DISMISS LIQUIDATING TRUSTEE'S COMPLAINT |
| Defendant. | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Barry J. Pollack, each dated May 23, 2014, and the accompanying exhibits thereto, and upon all the prior pleadings in this action, Defendant Dennis D'Alessandro will move this Court on **July 24, 2014, at 10:00 am (Prevailing Eastern Time)**, before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 501, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, dismissing the Liquidating Trustee's Complaint with prejudice, and for such other and further relief as the Court deems just and proper.

Dated: May 23, 2014
New York, New York

MILLER & CHEVALIER CHT'D

By: /s/ Barry J. Pollack

Barry J. Pollack
Charles F. B. McAleer, Jr.*
Jonathan D. Kossak*
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
Tel: (202) 626-5800
Fax: (202) 626-5801
bpollack@milchev.com
cmcaleer@milchev.com
jkossak@milchev.com

* *Pro Hac Vice* Application Pending

*Attorneys for Mr. Dennis D'Alessandro*

# CERTIFICATE OF SERVICE

Barry J. Pollack, a member in good standing of the Bar of the State of New York, hereby certifies under penalty of perjury that on May 23, 2014, he caused true and correct copies of the Defendant's Notice of Motion to Dismiss the Liquidating Trustee's Complaint to be served on Plaintiff's counsel by electronic mail at the following addresses:

adiamond@diamondmccarthy.com
akim@diamondmccarthy.com
cmurray@diamondmccarthy.com
aryan@diamondmccarthy.com
mfishel@diamondmccarthy.com

Dated: May 23, 2014
      New York, New York

                           /s/ Barry J. Pollack

                           Barry J. Pollack
                           Miller & Chevalier Cht'd
                           655 Fifteenth Street, N.W., Suite 900
                           Washington, D.C. 20005-5701
                           Tel:    (202) 626-5800
                           Fax:   (202) 626-5801
                           bpollack@milchev.com

                           *Attorney for Mr. Dennis D'Alessandro*