**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 12-12321 (MG) |
| DEWEY & LEBOEUF LLP, | Chapter 11 |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| ALAN M. JACOBS, as Liquidating Trustee of The Dewey & LeBoeuf Liquidation Trust, | Adversary No. 14-01919 |
| Plaintiff, | |
| v. | |
| DENNIS D'ALESSANDRO, | **NOTICE OF DEMAND FOR JURY TRIAL** |
| Defendant. | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 38(b), made applicable by Federal Rule of Bankruptcy 9015, Defendant Dennis D'Alessandro, by and through his counsel, hereby demands a jury trial as to all claims, defenses and issues in the above-captioned adversary proceeding that are properly triable before a jury.

Dated: October 21, 2014
     New York, New York

                      MILLER & CHEVALIER CHT'D

                      By:   /s/ Barry J. Pollack
                              Barry J. Pollack
                              Charles F. B. McAleer, Jr.*
                              Jonathan D. Kossak*
                              655 Fifteenth Street, N.W., Suite 900
                              Washington, D.C. 20005-5701
                              Tel:   (202) 626-5800
                              Fax:  (202) 626-5801
                              bpollack@milchev.com
                              cmcaleer@milchev.com
                              jkossak@milchev.com

                              *Pro Hac Vice* Application Pending
                              *Attorneys for Mr. D'Alessandro*

# CERTIFICATE OF SERVICE

Barry J. Pollack, a member in good standing of the Bar of the State of New York, hereby certifies under penalty of perjury that on October 21, 2014, he caused true and correct copies of the Defendant's Notice of Demand for Jury Trial to be served on Plaintiff's counsel by electronic mail at the following addresses:

adiamond@diamondmccarthy.com
akim@diamondmccarthy.com
cmurray@diamondmccarthy.com
aryan@diamondmccarthy.com
mfishel@diamondmccarthy.com

Dated: October 21, 2014
New York, New York

/s/ Barry J. Pollack
Barry J. Pollack
Miller & Chevalier Cht'd
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
Tel: (202) 626-5800
Fax: (202) 626-5801
bpollack@milchev.com

*Attorney for Mr. Dennis D'Alessandro*