**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>**DEWEY & LEBOEUF LLP,**<br>      Debtor. | Case No. 12-12321 (MG)<br><br>Chapter 11 |
| **ALAN M. JACOBS,** as Liquidating Trustee of the Dewey & LeBoeuf Liquidation Trust,<br>      Plaintiff,<br>v.<br>**DENNIS D'ALESSANDRO,**<br>      Defendant. | Adversary No. 14-01919 (MG) |

## AGREED STIPULATION OF DISMISSAL
## OF ADVERSARY PROCEEDING

Pursuant to Federal Rule of Civil Procedure 41, made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041, Plaintiff, Alan M. Jacobs, Liquidating Trustee of the Dewey & LeBoeuf Liquidation Trust, and Defendant, Dennis D'Alessandro, hereby jointly and mutually stipulate to the dismissal of all claims asserted in the Complaint filed in the above-captioned adversary proceeding with prejudice to refiling as against Defendant.

It is ordered that the Clerk's Office is directed to close this adversary proceeding.

**AGREED:**

By: *Christopher R. Murray* .
Christopher R. Murray. (*pro hac vice*)
DIAMOND McCARTHY LLP
909 Fannin Street, 15th Floor
Houston, TX 77010
Tel. (713) 333-5100
Fax. (713) 333-5199
cmurray@diamondmccarthy.com

*Attorneys for Alan M. Jacobs, Liquidating Trustee of the Dewey & LeBoeuf Liquidation Trust*

By: *Barry J. Pollack* .
Barry J. Pollack
MILLER & CHEVALIER CHARTERED
655 15th Street, NW
Suite 900
Washington, DC 20005-5701
202-626-5830
bpollack@milchev.com

*Attorneys for Dennis D'Alessandro*

**SO ORDERED:**

Dated: _____, 2015
New York, New York

                                        _____
                                                 MARTIN GLENN
                                     United States Bankruptcy Judge